IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

CURTIS DAVIS, JR.                                                    PETITIONER

V.                                    NO. 3:23-CV-00472-MPM-JMV

BURL CAIN, et al.                                        RESPONDENTS

<u>ORDER</u>

Curtis Davis, Jr., has filed a petition for relief under 28 U.S.C. § 2254 and seeks to proceed *in forma pauperis*. It is **ORDERED**:

1. That the petitioner's motion to proceed *in forma pauperis* [2] is **GRANTED**.

2. No later than February 26, 2024, the respondents, through the Attorney General of the State of Mississippi, must file a response to this petition, along with all relevant transcripts of the proceedings in the state courts of Mississippi arising from the petitioner's convictions for manslaughter and possession of a firearm in the Circuit Court of Montgomery County, Mississippi (to the extent such are relevant to the State's response).

3. Within fourteen (14) days of service upon him of a copy of the respondents' response, the petitioner may file his reply to the allegations contained in the response.

4. The Clerk of Court will serve by email (Return Receipt, High Importance) a copy of the petition, this order, acknowledgment of service of process form, and any other initial filings, upon Lynn Fitch, Attorney General of the State of Mississippi, or her lawful successor, to Assistant Attorneys General Jerrolyn Owens and Bridgette Grant. The respondents must electronically file the completed acknowledgment of service of process form upon receipt.

Petitioner is warned that failure to keep this court informed of his current address could lead to dismissal of his lawsuit.

This, the 14th day of December, 2023.

/s/ Jane M. Virden
**JANE M. VIRDEN**
**UNITED STATES MAGISTRATE JUDGE**